**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 04-1323

HENRY T. SANDERS,

Plaintiff - Appellant,

versus

STATE OF MARYLAND; PRINCE GEORGE'S COMMUNITY
COLLEGE,

Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.    Peter J. Messite, District Judge.
(CA-04-175-PJM)

Submitted:  July 15, 2004          Decided:  July 20, 2004

Before MOTZ, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Henry T. Sanders, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Henry T. Sanders appeals the district court's order summarily dismissing his complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Sanders v. Maryland, No. CA-04-175-PJM (D. Md. Feb. 24, 2004). We deny all of Sanders' pending motions, including his motions for oral argument, vacation, dismissal, a stay, and a response. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED